EFH
2-6-2024

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  2:24-mj-73 |
| Domestic parcels containing the following tracking number: 9205590297613400303266 | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Domestic parcels containing the following tracking number: 9205590297613400303266 located at Homeland Security Investigations, at 675 Brooksedge Blvd, Westerville, Ohio 43081.

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:

The contents of Domestic parcels containing the following tracking number: 9205590297613400303266

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841 | Knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute or dispense a controlled substance. |

The application is based on these facts:

SEE AFFIDAVIT ATTACHED HERETO AND INCORPORATED BY REFERENCE HEREIN

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

2-6-2024

Chadwick M. Van Sickle, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____02/06/2024_____

City and state:  _____Columbus, Ohio_____

Kimberly A. Jolson
United States Magistrate Judge



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN THE MATTER OF THE SEARCH AND SEIZURE OF:**

Domestic parcels containing the following tracking number: 9205590297613400303266

**Case No.** 2:24-mj-73

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT PURSUANT TO 18 U.S.C. § 3117 AND FED. R. CRIM. P. 41

I, Homeland Security Investigations (HSI) Columbus, Ohio, Special Agent (SA) Chadwick Van Sickle, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of an application for a search warrant to search a domestic parcel containing the following tracking number: 9205590297613400303266 (TARGET PARCEL). The parcel was addressed to Michelle Mott, 769 E. Mithoff Street, Columbus, OH 43206. A return address of Destiny Sanchez, 2525 Falcon Ave., McAllen, TX 78504. This parcel was turned over by a cooperating defendant as it was related to an ongoing narcotics trafficking investigation. The above parcel described within this warrant application, as described, believing evidence, fruits, and instrumentalities of violations associated with 21 United States Code (U.S.C.) Section (§) 841(a)(1), knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance, are located within the above listed TARGET PARCEL. Your Affiant respectfully requests authority to open and search the TARGET PARCEL for evidence, fruits, and instrumentalities of the above violation, and seize those items for further examination to be conducted on and/or offsite for testing.

1

2. I have been employed by HSI since May 2007. I gained experience through a Bachelor of Criminal Justice Degree, the Ohio Police Officer Training Academy, completion of the Federal Criminal Investigator Training Program (CITP) and completion of the Homeland Security Investigations Academy (previously the Immigration and Customs Enforcement Special Agent Training Academy). During CITP and the HSI Academy training, I was instructed in all phases of criminal investigation such as: Criminal Law, Search and Seizure, Field Enforcement Techniques, Firearms Proficiency, and Interviewing and Evidence. I am responsible for enforcing federal criminal statutes including, but not limited to, controlled substance violations, pursuant to Title 21 U.S.C. § 841.

## BACKGROUND OF INVESTIGATION AND PROBABLE CAUSE FOR SEARCH WARRANT

3. I have personally participated in the investigation set forth below. The facts in this affidavit come from my personal observations, training, and experience, as well as review of documents and information obtained from other law enforcement personnel and witnesses. When I rely on statements made by others, such statements are set forth only in part and in sum and substance unless otherwise indicated. I believe the information to be true and reliable. Because the purpose of this affidavit is limited to demonstrating probable cause for the requested warrant, it does not set forth all my knowledge about this matter. It sets forth only the facts that are believed to be necessary to establish probable cause. I did not withhold any information or evidence that would negate probable cause. The TARGET PARCEL was seized and is currently located within the Southern District of Ohio.

4. On January 23, 2024, United States Customs and Border Protection (CBP) Officers examined an inbound international parcel (tracking number LM195778246CA) from the country of Canada as it passed through the Los Angeles, California Mail Branch in the United States. The parcel was scheduled to be delivered to a post office box within a parcel shipping store doing business as Minuteman Press, located at 138 North Hamilton Road, Box 102, Gahanna,

2

Ohio 43230. The parcel was addressed to Rebecca Allen, 138 North Hamilton Road, # 102, Gahanna, Ohio, 43230, USA. The parcel return address indicated it was from Trevor Rothberg, 6619 Fleming Street, Vancouver, BC V5P3H3, Canada. The parcel consisted of a large white plastic envelope with a bubble wrap type interior. The parcel contained three periodical magazines which had zip top plastic baggies with a brown powder substance was taped to the inside of one of the magazine pages. The light brown substance within the plastic baggies was tested by CBP utilizing a Gemini Rapid Chemical Identification Analyzer. The Gemini tested presumptive positive for the presence of Fentanyl, which is a Schedule II Controlled Substance. CBP officers seized the parcel for violations of U.S. laws. The contents of the parcel totaled approximately 107.60 grams of a substance containing fentanyl.

5. CBP turned the evidence over to HSI Los Angeles, California, who sent the parcel to your affiant for evidentiary purposes. Your affiant received the parcel on January 25, 2024, at the HSI Columbus, Ohio office, where the evidence was secured in the office evidence room. The evidence chain of custody form was signed by your affiant.

6. Your affiant conducted record checks through Department of Homeland Security databases, which revealed prior international parcels addressed to Rebecca Allen were delivered to 138 North Hamilton Road, Box 102, Gahanna, Ohio 43230 within the United States, in the Southern District of Ohio. The parcels came from Latvia, England, and Canada to the above address. Your affiant went to the Minuteman Press store, located at 138 North Hamilton Road, Gahanna, Ohio 43230 and spoke with employees at the store and the manager Jeff Remey. Mr. Remey told your affiant post office box 102 was rented by an individual named Rebecca Allen, the store computer system indicated an identification card and an insurance card were shown as identification to rent the mailbox. Remey said it was the first mailbox he rented after becoming manager of the store and he recalled the customer was a female white, possibly in her mid 60's, grey/blonde hair, short, curly, between 5'8" -5'9" tall and 150-160 pounds. No payment method was on file. Remey said that was the only time he had seen the female at the store. He said

3

customers come in and typically go directly to their mailbox and retrieve their mail without making contact with the employees unless a parcel is too large for the mailbox.

7. On January 26 and 27, 2024, your affiant along with other Special Agents from HSI, the Franklin County Sheriff's Office, and the Gahanna Police Department conducted a controlled delivery of the parcel to the post office box at 138 North Hamilton Road, Box 102, Gahanna, Ohio 43230. An Undercover HSI Special Agent, posing as a Minuteman Press employee observed a female matching the description above enter the store on January 27, 2024 at approximately 12:45 PM, walk directly to the mailboxes and walk behind the mailboxes. By doing that, she could access box 102 without a key. This would only be known if she was a regular user or had been advised to do so. The female, later identified as Amy Jo Obryan, removed a card from the mailbox, indicating a parcel was held at the counter, which did not fit in the mailbox. The Undercover HSI Special Agent was shown the card from the mailbox by Amy Obryan and he/she asked what name was on the parcel. Amy Obryan said "Rebecca Allen". The parcel was retrieved for Amy Obryan and handed to her. Upon Amy Obryan exiting the store, your affiant approached her and asked to speak with her regarding the parcel. It was learned Amy Obryan's husband was in the parking lot waiting on the parcel. HSI Special Agents made contact with her husband, identified as Kerry Curtis Obryan, who stated he was willing to speak with your affiant regarding the parcel.

8. On January 27, 2024, your affiant learned the following information from Kerry Obryan and Amy Obryan in an interview at the Gahanna Police Department Detective Bureau, located at 400 West Johnstown Road, Gahanna, Ohio 43230. During the interview, Kerry Obryan said he met an individual in federal prison known only as "Hype". After being released form prison Kerry Obryan met Hype again at a mutual friend's residence. During that meeting, Hype asked Kerry Obryan if he would be willing to receive parcels for him, for which Hype said he would pay Obryan $250 per parcel received. Kerry Obryan agreed to receive parcels and has received numerous parcels at various residences he has lived at over the last few years. On one occasion, Hype came to his residence to retrieve packages and opened one which contained vape

pens loaded with THC (Tetrahydrocannabinol), THC edibles, and marijuana cigarettes. Hype gave some of the product to Kerry Obryan to consume. Hype also stated some of the flat envelopes contained a specific type of paper which he would order from international sources. Hype explained the paper had a substance sprayed on it, which he could sell at various prisons to inmates and would make approximately $20,000 per parcel envelope. Kerry Obryan said several parcels would arrive each week and Hype would pick them up in a rental vehicle and provide him $250 cash for each parcel Obryan received for him. Kerry Obryan believed the paper contained an illegal substance, but was not sure what it was. In the summer of 2023, Hype requested Kerry Obryan to take a photograph of his wife Amy and send it to him via Telegram. Hype explained he would have a fake identification made for Amy Obryan to open a mailbox in Gahanna, Ohio.

9. On January 27, 2024, your affiant interviewed Amy Obryan, which stated she received a counterfeit Texas identification card in the name Rebecca Allen along with a counterfeit automotive insurance document in the name of Rebecca Allen for a white Toyota vehicle. Amy Obryan told your affiant she was directed by Hype to rent a postal mailbox at the Minuteman Press store at 138 North Hamilton Road, Gahanna, Ohio 43230. Amy Obryan was assigned mailbox 102 and was provided a key for the mailbox. Amy Obryan said she paid in advance for three months rent in August of 2023. She paid for three additional months in November 2023. Amy Obryan was aware the parcels contained some form of an illegal substance, which Hype was trafficking in prisons, but was unsure what was in the international parcel (tracking number LM195778246CA) she picked up on todays date.

10. On January 27, 2024, your affiant obtained written consent to search from Kerry and Amy Obryan for the search of their residence, located at 769 East Mithoff Street, Columbus, Ohio 43206. Upon searching the residence, HSI Special Agents discovered multiple unopened cardboard boxes and envelopes with postal tracking numbers on them addressed to the fictious name of Michelle Mott at 769 East Mithoff Street, Columbus, Ohio 43206 and the fictious name Rebecca Allen at 138 North Hamilton Road, Gahanna, Ohio 43230, box 102, which Kerry and

5

Amy Obryan identified as packages they picked-up for Hype. The unopened parcels were transported to the Homeland Security Investigations office in Westerville, Ohio, placed into evidence for storage. The following parcels were seized: 789499787620 a FedEx domestic parcel addressed to Michelle Mott, 769 E. Mithoff St, Columbus, OH 43206, RS350645143LV an international parcel from Latvia addressed to Michelle Mott 769 East Mithoff Street, Columbus, OH 43206, USA, 789499786222 a domestic parcel FedEx parcel addressed to Michelle Mott, 769 E Mithoff St, Columbus, OH 43206, 1Z97781E0307633079 a domestic UPS parcel addressed to Michelle Mott 769 E Mithoff St, Columbus, OH 43206, 1Z2W73Y1P201211627 a domestic UPS parcel addressed to Michelle Mott 769 E Mithoff St, Columbus, OH 43206 and a return address of 3533 Old Conejo RD, Thousand Oaks, CA, 91320, 1Z2W73Y1P217821635 a domestic UPS parcel addressed to Michelle Mott, 769 E. Mithoff St, Columbus, OH 43206 and a return address of 3533 Old Conejo RD, Thousand Oaks, CA, 91320.

11. On January 29, 2024, your affiant submitted an application for a search warrant before the honorable Chelsey M. Vascura, United States Magistrate Judge for the Southern District of Ohio for the parcels outlined and described above in paragraph 10, to include the following tracking numbers 789499787620, RS350645143LV, 789499786222, 1Z97781E0307633079, 1Z2W73Y1P201211627, 1Z2W73Y1P217821635. After a review of the search warrant application and supporting affidavit, a search warrant was issued by the honorable Chelsey M. Vascura. On January 29, 2024 at approximately 3:45 PM, the parcels were opened and contained various products, believed to contain THC (Tetrahydrocannabinol). The international parcel from Latvia with tracking number RS350645143LV addressed to Michelle Mott 769 East Mithoff Street, Columbus, OH 43206, USA was opened and contained 648.76 of kodak photo paper which tested presumptive positive utilizing a TruNarc handheld Narcotics Analyzer for 5-Flouoro ADB (cannabinoids), which is a Schedule I Controlled Substance. Two other parcels 1Z2W73Y1P201211627 and 1Z2W73Y1P217821635 collectively contained approximately 9,544.46 grams of a substance tested by a TruNarc and tested presumptive positive for Methamphetamine, which is a Schedule II Controlled Substance.

6

12. On January 29, 2024, your affiant was contacted by Dennis Tobin, an employee from Minuteman Press, located at 138 North Hamilton Road, Gahanna, Ohio 43230. Mr. Tobin said two additional parcels arrived at their store destined to Rebecca Allen at post office box 102. Both parcels were FedEx ground parcels with domestic tracking numbers 270114095880 and 270114104113. It should be noted the 270114095880 and 270114104113 both had a return address of 270 Conejo Ridge Ave, Thousand Oaks, CA, 91320. UPS Parcels 1Z2W73Y1P201211627 and 1Z2W73Y1P217821635, seized on January 27, 2024, listed a return address on the shipping label of 3533 Old Conejo RD, Thousand Oaks, CA, 91320, which is from the same city as the parcels seized on January 29, 2024 . The parcels from January 27, 2024, 1Z2W73Y1P201211627 and 1Z2W73Y1P217821635, were the parcels referenced above, which were opened pursuant to the search warrant issued by the Honorable Chelsey M. Vascura on January 29, 2024, which contained the collective 9,544.46 grams of Methamphetamine. The size and packaging of both parcels 1Z2W73Y1P201211627 and 1Z2W73Y1P217821635, which contained the Methamphetamine, are identical to the additional parcels 270114095880, and 270114104113, recovered on January 29, 2024, from Minuteman Press, located at 138 North Hamilton Road, Gahanna, Ohio 43230. The parcels were recovered after receiving verbal telephonic consent to retrieve the parcels from Kerry Obryan and Amy Obryan. This consent was witness by your affiant and Special Agent Curt Brabender with HSI. The parcels were secured at Homeland Security Investigations, located at the HSI Columbus, Ohio field office.

13. On January 29, 2024, your affiant along with other Special Agents from Homeland Security Investigations opened parcels 270114095880, and 270114104113. Approximately 9510.00 grams of a substance, which tested presumptive positive utilizing a TruNarc to be a substance containing Methamphetamine.

14. On February 1, 2024, investigators set up a sting operation to have Kerry and Amy OBRYAN lure "Hype" to Columbus, Ohio to collect his parcels. Investigators repackaged all the seized parcels with sham and placed them in detached garage behind the residence at 769 East Mithoff Street in Columbus, Ohio, and established surveillance on the location. At approximately

7

1645 hours, investigators observed a gray 2023 Buick (Virginia registration TST3773) registered to a Hertz rental vehicle arrive at the residence and pull up to the detached garage in the alley behind the house. Investigators observed a white male suspected of being "Hype," later identified as Suhip Ebrahim EBRAHIM, exit the vehicle and meet with Kelly OBRYAN near the garage entrance. EBRAHIM was then observed offloading some bags from his vehicle and then EBRAHIM and OBRYAN both were observed loading boxes into the rental vehicle that were similar to the parcels previously intercepted with narcotics. Investigators approached and detained both subjects in front of the detached garage behind 769 East Mithoff Street while they were in the process of loading the vehicle with multiple parcels. EBRAHIM was advised of his constitutional rights and briefly interviewed at the scene. EBRAHIM admitted to being involved in narcotics trafficking and that he travelled to Columbus, Ohio that day to pick up parcels of narcotics. EBRAHIM provided written consent to search his vehicle. A search of the vehicle resulted in the discovery of another open parcel that appeared to contain various THC edible products, as well as a large amount of cash throughout the vehicle. EBRAHIM also had a large amount of cash on his person along with his identification and various credit cards. The bags that were offloaded from EBRAHIM's rental vehicle into the detached garage all appeared to contain multiple pounds of marijuana, which EBRAHIM admitted was payment to Kelly OBRYAN to receive, pick up, and hold the narcotics parcels for him until he arrived to pick them up. During the search of EBRAHIM's rental vehicle, a United States Postal Service receipt dated February 1, 2024, at 2:05 PM was discovered for a parcel mailed to Woodland Hills, California, 91364. The receipt had a tracking number of 9405536206248270734922 (TARGET PARCEL). EBRAHIM was asked what the parcel receipt was for and he said it was a box containing cash, which was being sent to an individual in California for a vehicle he wanted to purchase. When asked for details of the vehicle and the seller, he was unwilling to provide additional details. EBRAHIM did admit the box contained approximately $60,000 in U.S. Currency and was all proceeds from narcotics trafficking.

15. On February 5, 2024, your affiant spoke with Kerry Obryan, who subsequently turned over a parcel with tracking number 9470136105536248490580, addressed to consignee Michelle

8

Mott, 769 E. Mithoff Street, Columbus, OH 43206. A return address of Gold Stitch INC, 3400 S. Main St., Los Angeles, CA 90007 was also listed on the parcel. Kerry Obryan stated the parcel was not ordered by him and is related to the previously listed parcels ordered by EBRAHIM.

16. On February 6, 2024, your affiant spoke with Kerry Obryan, who subsequently turned over a parcel with tracking number 9205590297613400303266, addressed to consignee Michelle Mott, 769 E. Mithoff Street, Columbus, OH 43206. A return address of Destiny Sanchez, 2525 Falcon Ave., McAllen, TX 78504 was also listed on the parcel. Kerry Obryan stated the parcel was not ordered by him and is related to the previously listed parcels ordered by EBRAHIM.

17. Based on the information contained herein, your affiant submits that there is probable cause to believe that the unopened domestic TARGET PARCEL 9205590297613400303266, currently detained by the Homeland Security Investigations, Columbus, Ohio Field Office, located at 675 Brooksedge Blvd, Westerville, OH 43081. This TARGET PARCEL is believed to contain controlled substances in violation of Title 21 U.S.C. § 841 (a)(1) – knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense controlled substance. The address 675 Brooksedge Blvd, Westerville, OH 43081 and the TARGET PARCEL, are in the Southern District of Ohio. Your affiant therefore respectfully requests that the Court issue a warrant authorizing the search of the target parcels for various controlled substances to be seized.

9

Chadwick M. Van Sickle
Special Agent
Homeland Security Investigations

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 6TH DAY OF FEBRUARY 2024.

Kimberly A. Jolson
United States Magistrate Judge